[No. 4454-8-III.   Division Three.   June 17, 1982.]

LLOYD POOLE, *Respondent,* v. SAFECO INSURANCE
COMPANY OF AMERICA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. C–28660, Clinton J. Merritt, J., entered March
6, 1981. *Reversed* by unpublished opinion per Munson, J.,
concurred in by McInturff, C.J., and Green, J.

[No. 4580-3-III.   Division Three.   June 17, 1982.]

ROBERT E. SWANN, *Appellant,* v. KERMIT MICHELSEN,   ·
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 23362, B. E. Kohls, J., entered April 29,
1981. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by McInturff, C.J., and Green, J.

[No. 10451-9-I.   Division One.   June 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK
M. ZIMARDO, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 79–1–00534–1, Thomas G. McCrea, J.,
entered February 11, 1981. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Ringold and Corbett,
JJ.

[No. 10057-2-I.   Division One.   June 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
SPRINGER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–04799–1, Robert E. Dixon, J., entered
February 18, 1981. *Affirmed* by unpublished opinion per
James, J., concurred in by Andersen, C.J., and Callow, J.